# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **WILLIE E. BOYD,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **CIVIL NO. 10-cv-467-MJR** |
| | ) | |
| **W. A. SHERROD,** | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On August 31, 2010, Petitioner moved this Court for voluntary dismissal of the action (Doc. 5). Voluntary withdrawal of his complaint is his right, *see* FED.R.CIV.P 41(a)(1)(i), and accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED this 28th day of September, 2010.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**